# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 13, 2015

## NO. 03-14-00684-CR

**Ex parte Tammy Marie Ybarra**

**APPEAL FROM COUNTY COURT AT LAW OF CALDWELL COUNTY**
**BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND FIELD**
**DISMISSED AS MOOT -- OPINION BY JUSTICE FIELD**

This is an appeal from the order signed by the trial court on September 26, 2014. Having reviewed the record, the Court concludes that the appeal should be dismissed. Therefore, the Court dismisses the appeal as moot. Because appellant is indigent for purposes of this proceeding, no adjudication of costs is made.